AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMPSON, MYRON H. | US DISTRICT COURT/MIDDLE DISTRICT/AL | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

ONE CHURCH STREET
P.O. BOX 235
MONTGOMERY, AL 36101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | YALE LAW & POLICY REVIEW ADVISORY BOARD |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Alabama Law School | February 26-28, 2015 | Tuscaloosa, AL | Educational activities exclusive of judicial education | Transportation. meals and hotel |
| 2. | Stanford Law School | October 11-14, 2015 | Palo Alto, CA | Activity of professional association/civic organization | Transportation. meals and hotel |
| 3. | Columbia Law School | November 4-5, 2015 | New York, NY | Activity of professional association/civic organization | Transportation. meals and hotel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UBS | Premier Variable Credit Line | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House site at Martin Dam, Elmore County, AL (Y) | | | | | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. Alibaba Group Hldg Ltd Spon ADR (BABA) | | None | | | Sold | 03/03/15 | J | | |
| 4. Alphabet Inc Cl C (formerly Google) (GOOG) | | None | J | T | Buy | 01/22/15 | J | | |
| 5. Apollo Global Mgmt LLC Cl A (APO) | A | Dividend | | | Sold | 05/18/15 | J | | |
| 6. Boeing Company (BA) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 7. CVS Health Corp. (CVS) | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 8. Dunkin Brands Group Inc (DNKN) | A | Dividend | J | T | | | | | |
| 9. Endo Intl PLC ENDP | | None | J | T | Buy | 05/20/15 | J | | |
| 10. Gilead Sciences Inc. (GILD) | A | Dividend | J | T | | | | | |
| 11. HD Supply Holdings Inc. (HDS) | | None | J | T | | | | | |
| 12. Jazz Pharmaceuticals Plc (JAZZ) | | None | J | T | | | | | |
| 13. Magna Intl Inc Cl A Sub Vtg Canada (MGA) | A | Dividend | | | Sold | 12/18/15 | J | | |
| 14. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 15. Pepsico, Inc. (PEP) | A | Dividend | J | T | | | | | |
| 16. Polaris Industries Inc (MINN) | A | Dividend | | | Sold | 03/31/15 | J | A | |
| 17. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 19. Wabtec Inc (WAB) | A | Dividend | J | T | | | | | |
| 20. Vanguard Index Funds Vanguard Small Cap ETF (VB) | A | Dividend | J | T | | | | | |
| 21. Vanguard Index Funds Vanguard Small Cap Growth ETF Vipers (VBK) | A | Dividend | J | T | | | | | |
| 22. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 23. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 24. PIMCO RAE Fundamental Plus Fund Cl P (PIXPX) | A | Dividend | J | T | | | | | |
| 25. PIMCO Stockplus Small Fund Class P (PCKPX) | A | Dividend | J | T | | | | | |
| 26. IRA #2 (H) | | | | | Sold | 07/29/15 | J | | |
| 27. Ishares Trust U.S Healthcare ETF (IYH) | A | Dividend | J | T | | | | | |
| 28. Alibaba Group Hldg Ltd Spon (BABA) | | None | J | T | | | | | |
| 29. IRA #3 (H) | | | | | | | | | |
| 30. Air Lease Corp (AL) | A | Dividend | | | Sold | 04/09/15 | J | | |
| 31. Alibaba Group Hldg Ltd Spon ADR (BABA) | | None | | | Sold | 03/03/15 | J | | |
| 32. Alphabet Inc Cl C (formerly Google) (GOOG) | | None | J | T | Buy | 01/22/15 | J | | |
| 33. Apollo Global Mgmt LLC Cl A (APO) | A | Dividend | | | Sold | 05/18/15 | J | | |
| 34. Avago Technologies Ltd. Sgd. (AVGO) | A | Dividend | J | T | Buy | 07/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Boeing Company (BA) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 36. CVS Health Corp. (CVS) | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 37. Gilead Sciences Inc (GILD) | A | Dividend | J | T | | | | | |
| 38. Hartford Financial Services Group Inc. (HIG) | A | Dividend | J | T | | | | | |
| 39. HD Supply Holdings Inc (HDS) | | None | J | T | | | | | |
| 40. Jazz Pharmaceuticals Plc (JAZZ) | | None | | | Sold | 10/20/15 | J | A | |
| 41. Medical Properties Trust Inc, Reit (MPW) | A | Dividend | J | T | | | | | |
| 42. Nike Inc CL B (NKE) | A | Dividend | J | T | | | | | |
| 43. Pepsico Inc. (PEP) | A | Dividend | J | T | | | | | |
| 44. Polaris Industries Inc, (MINN) | A | Dividend | | | Sold | 03/31/15 | J | A | |
| 45. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 46. TRW Automotive Holdings Corp (TRW) | | None | | | Sold | 04/23/15 | J | A | |
| 47. UnitedHealth Group Inc. (UNH) | A | Dividend | J | T | | | | | |
| 48. Untd Technologies Corp (UTX) | A | Dividend | J | T | Buy | 10/21/15 | J | | |
| 49. Visa Inc. Cl A (V) | A | Dividend | J | T | Buy | 04/24/15 | J | | |
| 50. Wabtec Inc. (WAB) | A | Dividend | J | T | | | | | |
| 51. Wynn Resorts Ltd (WYNN) | A | Dividend | | | Sold | 04/23/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Powershares QQQ Trust ETF (QQQ) | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 53. Salient Midstream & MLP (SMM) | A | Dividend | | | Sold | 06/26/15 | J | | |
| 54. Vanguard Index Funds Vanguard Small Cap Growth ETF Vipers (VBK) | A | Dividend | J | T | | | | | |
| 55. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 56. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 57. PIMCO RAE Fundamental Plus Fund Cl P (PIXPX) | A | Dividend | J | T | | | | | |
| 58. Rydex Biotechnology Fund Cl A (RYBOX) | A | Dividend | J | T | | | | | |
| 59. Royal BK Scotland GroupPLC (RBS.PRF) | A | Dividend | J | T | | | | | |
| 60. IRA #4 (H) | | | | | | | | | |
| 61. Gabelli Dividend & Income Trust (GDV) | A | Dividend | J | T | | | | | |
| 62. Gabelli Glb Small & Md Cao Val Tr (GGX) (Y) | | | | | | | | | |
| 63. ESA #1 (H) | | | | | | | | | |
| 64. UBS Education IRA (Y) | | | | | | | | | |
| 65. Blackrock Global Allocation Fund (MDLOX) (Y) | | | | | | | | | |
| 66. Pimco RAE Fundamental Plus Fund Cl A (PIXAX) | A | Dividend | | | Sold | 09/17/15 | J | | |
| 67. ESA #2 (H) | | | | | | | | | |
| 68. UBS Education IRA (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Global Allocation Fund (MDLOX) | A | Dividend | J | T | | | | | |
| 70. Pimco RAE Fundamental Plus Fund Cl A (PIXAX) | A | Dividend | J | T | | | | | |
| 71. Brokerage Acct #1 (H) | | | | | | | | | |
| 72. UBS Bank USA Dep Account (Y) | | | | | | | | | |
| 73. Air Lease Corp (AL) | A | Dividend | | | Sold | 04/09/15 | J | A | |
| 74. Allegion Plc (ALLE) | A | Dividend | | | Sold | 09/29/15 | J | A | |
| 75. Altria Group Inc (MO) | A | Dividend | J | T | | | | | |
| 76. Avago Technologies Ltd. Sgd. AVGO | A | Dividend | J | T | Buy | 07/10/15 | J | | |
| 77. Berkshire Hathaway Inc New (BRKB) | | None | J | T | | | | | |
| 78. Boeing Company (BA) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 79. CVS Health Corp. (CVS) | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 80. Dunkin Brands Group Inc (DNKN) | A | Dividend | J | T | | | | | |
| 81. Gilead Sciences Inc (GILD) | A | Dividend | J | T | | | | | |
| 82. Grupo Televisa SA De CV Global Dep (TV) | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 83. Hartford Financial Services Group Inc (HIG) | A | Dividend | J | T | | | | | |
| 84. Ingersoll-Rand PLC (IR) | A | Dividend | | | Sold | 07/10/15 | J | A | |
| 85. Jazz Pharmaceuticals PLC (JAZZ) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 87. Nike Inc Cl B (NKE) | A | Dividend | J | T | | | | | |
| 88. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 89. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 90. TRW Automotive Holdings Corp (TRW) | | None | | | Sold (part) | 04/23/15 | J | A | |
| 91. | | | | | Sold | 04/24/15 | J | A | |
| 92. Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 93. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 94. Verizon Communications Inc (VZ) (Y) | | | | | | | | | |
| 95. Visa Inc Cl A (V) | A | Dividend | J | T | Buy (add'l) | 04/24/15 | J | | |
| 96. Wabtec Inc (WAB) | A | Dividend | J | T | | | | | |
| 97. Vanguard Index Funds Vanguard Small Cap Growth ETF Vipers (VBK) | A | Dividend | J | T | | | | | |
| 98. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 99. Vanguard Sector Index Fund Vanguard Financials (VFH) | A | Dividend | J | T | | | | | |
| 100. Pimco RAE Fundamental Plus Fund Cl P (PIXPX) | A | Dividend | J | T | | | | | |
| 101. Pimco Stockplus Small Fund Cl P (PCKPX) | A | Dividend | J | T | | | | | |
| 102. Rydex Biotechnology Fund Cl A (RYBOX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Virtus Multi Sector Short Term Bond Fund (MFVPEI) | A | Dividend | L | T | | | | | |
| 104. Royal BK Scotland Group PLC 7.65% Pref Spon ADR (RBSPRF) | C | Dividend | L | T | | | | | |
| 105. Brokerage Account #2 (H) | | | | | | | | | |
| 106. IShares MSCI Singapore ETF (EWS) | A | Dividend | J | T | | | | | |
| 107. Brokerage Account #3 (H) | | | | | | | | | |
| 108. IShares MSCI Germany ETF (EWG) | A | Dividend | J | T | | | | | |
| 109. Ford Motor Company Com New (F) | A | Dividend | J | T | | | | | |
| 110. Regions Bank (various accounts) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 20, 21, 22, 23, 24, and 25: Name changes / corporate exchanges -- no reportable transactions. See Part VII, lines 23, 5, 4, 6, 25, and 26 (2014), respectively.

Part VII, lines 54, 55, 56, and 57: Name changes / corporate exchanges -- no reportable transactions. See Part VII, lines 40, 41, 42, and 63 (2014), respectively.

Part VII, line 62: Symbol correction.

Part VII, line 66: Name change / corporate exchange -- no reportable transaction. See Part VII, line 79 (2014).

Part VII, line 70: Name change / corporate exchange -- no reportable transaction. See Part VII, line 83 (2014).

Part VII, lines 97, 98, 99, 100, and 101: Name changes / corporate exchanges -- no reportable transactions. See Part VII, lines 91, 90, 92, 124, and 126 (2014), respectively.

Part VII, line 110: Consolidation of lines 144-146 (2014).

Part VII, lines 18 and 112 (2014): Las Vegas Sands Corp (LVS) sold 12/31/14, J, T

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MYRON H. THOMPSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544